**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TARA ANDRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )**CIVIL ACTION 14-0056-WS-M** |
| | ) |
| **CAVALRY SPV I, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

The plaintiff's motion to dismiss, (Doc. 5), is **granted**.  Fed. R. Civ. P. 41(a)(1).  This action is **dismissed with prejudice**.


DONE and ORDERED this 12th day of March, 2014.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE